UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERRY W. YOUNG

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 10-11329
Honorable Patrick J. Duggan

## **JUDGMENT**

On April 2, 2010, Plaintiff filed this lawsuit challenging a final decision of the Commissioner denying Plaintiff's application for Social Security Disability Insurance Benefits. The parties subsequently filed cross-motions for summary judgment. In an Opinion and Order issued on this date, the Court denied Plaintiff's motion and granted Defendant's motion.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

Date: June 30, 2011

                              s/PATRICK J. DUGGAN
                              UNITED STATES DISTRICT JUDGE

Copies to:
Mikel E. Lupisella, Esq.
Theresa M. Urbanic, Esq.
Magistrate Judge Charles E. Binder